**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

**ELLEN ROBINSON**                                                          **PLAINTIFF**

**v.**                          **Case No. 4:11-cv-0768 KGB**

**AMERICAN RED CROSS**                                       **DEFENDANT**

## ORDER

Plaintiff's counsel submitted to the Court by fax a request for an enlargement of time to respond to defendant's motion for summary judgment. That request is attached hereto. In the request, plaintiff's counsel recites that, although she is enrolled in the electronic filing system, she is having trouble accessing the system and presumably difficulty in filing a motion. She recites that she has attempted to contact counsel for defendant about this request for an enlargement of time but has not received a response.

For good cause shown, plaintiff's motion is granted. Plaintiff is given a one-week extension of time to Thursday, May 9, 2013, to respond to defendant's motion for summary judgment.

SO ORDERED this 2nd day of May, 2013.

                                                                         _____
                                                                         KRISTINE G. BAKER
                                                                         UNITED STATES DISTRICT JUDGE

*Evelyn Moorehead Law Office*
*Post Office Box 241177*
*Little Rock, Arkansas 72223*
*(501) 868-8486*

## FAX COVER SHEET

DATE: May 2, 2013

Number of pages including cover: 4

TO: Honorable Judge Kristine Baker
    District Court                                         FAX 501.604.5427

cc:

Jeffrey W. Larroca (*pro hac vice*)
Nicholas T. Moraites (*pro hac vice*)
*Attorneys for Defendant American Red Cross*
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1717 Pennsylvania Avenue, N.W.
12th Floor
Washington, DC 20006
F: (202) 659-6699
E: jlarroca@eckertseamans.com
E: [illegible]

Daniel Lee Herrington
FRIDAY LAW FIRM
E: herrington@fridayfirm.com

RE: CASE # 4:11-cv-768-SWW

Please consider plaintiff's motion for enlargement of time. Having difficulties with Pacer.

Thank you,

Evelyn Moorehead

This mail is protected by the Electronic Communications Privacy Act, 28 U.S.C. §§ 2510-2521 and is legally privileged. The information contained in this Email is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (above), and destroy the original message.

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ELLEN ROBINSON | * | |
| Plaintiff | * | |
| | * | |
| vs. | * | No. 4:11-cv-768-SWW |
| | * | |
| AMERICAN RED CORSS | * | |
| Defendant | * | |

MOTION FOR ENLARGEMENT OF TIME TO
RESPOND TO SUMMARY JUDGMENT MOTION
AND DEFENDANT'S UNDISPUTED FACTS

Plaintiff states the following for her motion:

1. Defendant filed its motion for summary judgment, Undisputed Facts and Brief in Support of Summary Judgment on April 18, 2013.

2. Plaintiff counsel enrolled in the electronic filing system, and Pacer in February, 2013 and received notices of the above filing. However, counsel is experiencing difficulty with the system. In particular, she has been unable to log in, or to download any open files.

3. Counsel was able to open defendant's brief and Statement of Undisputed Facts. We noticed several references to Plaintiff's deposition. Plaintiff has not had an opportunity to review her deposition, and so has not signed it. We had not received the deposition until April 22, 2013. Several of these "Undisputed Facts" are disputed.

4. Counsel has attempted to reach Attorney Nicolas Moraites for his consent to this motion to no avail. Counsel also left a messages for Mr. Larroca and Mr. Harrington. So far no one has returned the calls.

5. This extension will not impose harm on any party we believe.

WHEREFORE, plaintiff prays for an enlargement of time to respond to the pending pleadings and submissions from defendant.

Respectfully submitted,

Plaintiff, Ellen Robinson

By: *(signature)*
Evelyn L. Moorehead
Post Office Box 241177
Little Rock, AR 72223
(501) 868-8486   Bar # 85112

### CERTIFICATE OF SERVICE

I, Evelyn L. Moorehead, hereby certify that a copy of the foregoing pleading has been served on opposing counsel by U.S. postal service mail, or fax on this 2nd of May, 2013.

*(signature)*
Evelyn L. Moorehead

cc:

Jeffrey W. Larroca (*pro hac vice*)
Nicholas T. Moraites (*pro hac vice*)
*Attorneys for Defendant American Red Cross*
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1717 Pennsylvania Avenue, N.W.
12th Floor
Washington, DC 20006
F: (202) 659-6699
E: jlarroca@eckertseamans.com
E: nmoraites@eckertseamans.com

Daniel Lee Herrington
FRIDAY LAW FIRM
E: herrington@fridayfirm.com