IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**ELLEN ROBINSON**                                                                                          **PLAINTIFF**

**v.**                                          **Case No. 4:11-cv-0768 KGB**

**AMERICAN RED CROSS**                                                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered and adjudged that this case be, and it is hereby, dismissed with prejudice. The relief sought is denied.

SO ADJUDGED this 3rd day of June, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE